by John J. Gibbon, as director, etc., against Hollister Logan and others. C. M. Demond, for appellants. W. B. Raymond, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GIBBONS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Ellen Gibbons, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment confirmed, with costs.

GIBBONS, Respondent, v. SNARE & TRIEST CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Patrick Gibbons against the Snare & Triest Company. No opinion. Appeal dismissed, with $10 costs and disbursements.

GILMARTIN, Respondent, v. BUCHANAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by George E. Gilmartin against Andrew B. Buchanan and another. No opinion. Order unanimously affirmed, with costs.

GILROY, Appellant, v. MULLEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Mary E. Gilroy, as administratrix, etc., of Annie B. Gilroy, deceased, against Andrew Mullen.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., and HOOKER, J., dissent.

GLEASON, Respondent, v. JAMES CUNNINGHAM, SON & CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Elizabeth Gleason, an infant, etc., against James Cunningham, Son & Co. and others. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs and disbursements. See 105 N. Y. Supp. 1117.

GLENNON, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by John Glennon against the New York City Railway Company. No opinion. Order of the County Court of Westchester county reversed, without costs, and case remitted for trial, on the ground that the defendant was a resident of the county, within the meaning of sections 340 and 341 of the Code of Civil Procedure, and that hence the court could not decline to entertain jurisdiction.

GOLDEN, Respondent, v. HERRING-HALL-MARVIN SAFE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Appeal from Trial Term. Action by Joseph Golden against the Herring-Hall-Marvin Safe Company. From a judgment on a verdict for plaintiff, and from an order

denying plaintiff's motion for a new trial, he appeals. Reversed, and new trial granted. Frank v. Johnson, for appellant. Charles Caldwell, for respondent.

PER CURIAM. The facts disclosed by the evidence in the present case do not differ in any material particular from those involved in Dolan v. Herring-Hall-Marvin Safe Co., 105 App. Div. 366, 94 N. Y. Supp. 241. Upon the authority of that case, the judgment must be reversed, and a new trial granted, with costs to the appellant to abide the event.

GOLDEN REALTY CO., Respondent, v. CARLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Golden Realty Company against Patrick J. Carlin and others. No opinion. Order affirmed by default, with $10 costs and disbursements.

GOLDSTEIN et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Adolph Goldstein and another against the city of New York. No opinion. Order of the Municipal Court affirmed, with costs.

GOODFELLOW, Respondent, v. UNITED STATES HEALTH & ACCIDENT INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Henry Goodfellow against the United States Health & Accident Insurance Company. No opinion. Judgment affirmed, with costs.

GORDON, Appellant, v. ELLENVILLE & K. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by Harry S. Gordon against the Ellenville & Kingston Railroad Company. No opinion. Motion granted. See 104 N. Y. Supp. 702.

GORMAN, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by William J. Gorman against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

GOULD, Appellant, v. GOULD, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Katherine C. Gould against Howard Gould. D. Nicoll, for appellant. C. J. Shearn, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, J., dissents.

In re GRADE DAMAGE COMMISSION. (Supreme Court, Appellate Division, First Department. October 18, 1907.) In the matter of the grade damage commission. No opinion. Motion granted. Order filed.